AO 455(Rev 5/85) Waiver of Indictment

FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

RUBEN CORRAL-CARAVEO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1776-DMS

I, RUBEN CORRAL-CARAVEO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-3-8 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer