FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RUBEN CORRAL-CARAVEO, Defendant. | CASE NO. 08CR1776-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1325 - ILLEGAL ENTRY (MISDEMEANOR); 8 USC 1325 - ILLEGAL ENTRY (FELONY)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 17, 2008

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ENTERED ON ________________